August 7, 1981.

435 A.2d 906

Commonwealth v. Allen, Appellant.

Petition for Allowance of Appeal Denied May 13, 1982.

Submitted June 13, 1980.   Arthur J. King, Assistant Public Defender, for appellant;   Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.